UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

                        :

EMILY LITMAN,                       :

                        :

          Plaintiff,            :

                        :         25-CV-7901 (JMF)

     -v-                     :

                        :           ORDER

PACE UNIVERSITY,            :

                        :

         Defendant.       :

                        :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On February 9, 2026, Plaintiff filed an Amended Complaint. *See* ECF No. 20. In doing so, however, she failed to comply with Paragraph 1.B of the Court's Individual Rules and Practices in Civil Cases, which provides that "[a]ny amended or corrected filing (including but not limited to amended pleadings) shall be filed with a redline showing all differences between the original and revised filing." Plaintiff shall file a redline no later than **February 13, 2026.**

        SO ORDERED.

Dated: February 11, 2026
      New York, New York                         _____
                                        JESSE M. FURMAN
                             United States District Judge