UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
EMILY LITMAN,                                                         :
:
                             Plaintiff,              :              25-CV-7901 (JMF)
:
             -v-                                     :                  ORDER
:
PACE UNIVERSITY,                                                     :
:
                             Defendant.              :
:
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's new motion to dismiss, *see* ECF No. 23, Defendant's earlier motion to dismiss filed at ECF No. 10 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **March 25, 2026**. Defendant's reply, if any, is due by **April 1, 2026**.

      The Clerk of Court is directed to terminate ECF No. 10.

      SO ORDERED.

Dated: March 12, 2026
      New York, New York                                  _____
                                                        JESSE M. FURMAN
                                                        United States District Judge